UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRANDON GUEVARA-PONTIFES,<br><br>     Petitioner,<br> v.<br><br>RENEE BAKER, *et al.*,<br><br>     Respondents. | Case No. 3:20-cv-00652-MMD-WGC<br><br>ORDER |

  Petitioner Brandon Guevara-Pontifes, who is in the custody of the Nevada Department of Corrections, has submitted an application to proceed *in forma pauperis* (ECF No. 1) and a petition for a writ of habeas corpus (ECF No. 1-1). However, Petitioner did not include with his application (ECF No. 1) a financial certificate and a copy of his inmate account statement, as required by 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2. Petitioner must file a new application with the required information before the action may proceed.

  It is therefore ordered that the application to proceed *in forma pauperis* (ECF No. 1) is denied without prejudice.

  It further is ordered that Petitioner must file another application for leave to proceed *in forma pauperis*, accompanied by a signed financial certificate and a statement of his inmate account.

///

///

///

///

///

///

The Clerk of Court is directed to send Petitioner a blank application form for incarcerated litigants. In the alternative, Petitioner must make the necessary arrangements to pay the filing fee of $5.00, accompanied by a copy of this order. Petitioner will have 45 days from the date that this order is entered to comply. Failure to comply will result in the dismissal of this action.

DATED THIS 9th Day of December 2020.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE