UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BRANDON GUEVARA-PONTIFES,<br><br>                           Petitioner,<br>     v.<br><br>RENEE BAKER, *et al.*,<br><br>                           Respondents. | Case No. 3:20-cv-00652-MMD-WGC<br><br>ORDER |

This is a habeas corpus action under 28 U.S.C. § 2254. On December 9, 2020, the Court denied Petitioner Brandon Guevara-Pontifes' application to proceed *in forma pauperis* and directed him either to file a new application or to pay the filing fee. (ECF No. 3.) Petitioner has filed a financial certificate, an inmate account statement, and part of an application to proceed *in forma pauperis*. (ECF No. 4.) Although it is not a complete application, the information it contains shows that petitioner can pay the filing fee.

It therefore is ordered that Petitioner will have 45 days from the date this order is entered to have the filing fee of $5.00 sent to the Clerk of Court. Failure to comply will result in the dismissal of this action.

The Clerk of Court is directed to send Petitioner two copies of this order. Petitioner must make the necessary arrangements to have one copy of this order attached to the check paying the filing fee.

DATED THIS 17th Day of December 2020.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE