UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| BRANDON GUEVARA-PONTIFES, | Case No. 3:20-cv-00652-MMD-WGC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| RENEE BAKER, *et al.*, | |
| Respondents. | |

Petitioner Brandon Guevara-Pontifes has filed an unopposed motion to extend time (first request) to file an amended petition. (ECF No. 14.) The Court finds the request is made in good faith and not solely for the purpose of delay, and that good cause exists to grant the motion.

It is therefore ordered that Petitioner's motion to extend time (first request) (ECF No. 14) is granted. Petitioner will have up to and including September 27, 2021, to file an amended petition.

DATED THIS 30th Day of June 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE