UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BRANDON GUEVARA-PONTIFES, <br><br>                                  Petitioner, <br>      v. <br><br> RENEE BAKER, *et al.*, <br><br>                                  Respondents. | Case No. 3:20-cv-00652-MMD-WGC <br><br> ORDER |

Petitioner Brandon Guevara-Pontifes has filed an unopposed motion to extend time (second request) to file an amended habeas corpus petition. (ECF No. 16.) Because the Court finds the request was made in good faith and not solely for the purposes of delay, good cause therefore exists to grant the motion to extend time (second request) (ECF No. 16). Guevara-Pontifes will have up to and including October 12, 2021, to file an amended petition.

It is therefore ordered that Guevara-Pontifes' motion to extend time (second request) to file an amended petition (ECF No. 16.) is granted.

DATED THIS 1st Day of October 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE