UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| BRANDON GUEVARA-PONTIFES, | Case No. 3:20-cv-00652-MMD-WGC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| RENEE BAKER, et al., | |
| Respondents. | |

Respondents have filed an unopposed motion for enlargement of time (first request) (ECF No. 20). The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion for enlargement of time.

It is therefore ordered that Respondents' motion for enlargement of time (first request) (ECF No. 20) is granted. Respondents will have up to and including January 21, 2022, to file an answer or other response to the first amended petition.

DATED THIS 1st Day of December 2021.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE