# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRANDON GUEVARA-PONTIFES, | Case No. 3:20-cv-00652-MMD-CSD |
| Petitioner, | ORDER |
| v. | |
| RENEE BAKER, *et al.*, | |
| Respondents. | |

Respondents have filed an unopposed motion for enlargement of time (second request) (ECF No. 22) to answer or otherwise respond to Petitioner's First Amended Petition (ECF No. 18). The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant Respondents' motion.

It is therefore ordered that the motion for enlargement of time (second request) (ECF No. 22) is granted. Respondents will have up to and including March 7, 2022, to file an answer or other response to the first amended petition.

DATED THIS 26th Day of January 2022.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE