UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BRANDON GUEVARA-PONTIFES, | Case No. 3:20-cv-00652-MMD-CSD |
| Petitioner, | ORDER |
| v. | |
| RENEE BAKER, *et al.*, | |
| Respondents. | |

Respondents have filed a motion for leave to file an exhibit under seal. (ECF No. 35.) The exhibit in question is the presentence investigation report of Petitioner Brandon Guevara-Pontifes, which contains confidential information. The Court therefore finds that compelling reasons exist to grant the motion and seal this exhibit. *See Kamakana v. City and Cnty. of Honolulu*, 447 F.3d 1172, 1178-79 (9th Cir. 2006).

Petitioner has also filed an unopposed motion to extend time (first request) (ECF No. 37) to respond to Respondents' motion to dismiss. The Court finds that the request for extension is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant this motion.

It is therefore ordered that Respondents' motion for leave to file an exhibit under seal (ECF No. 35) is granted.

It is further ordered that Petitioner's unopposed motion to extend time (first request) (ECF No. 37) is granted. Petitioner will have up to and including May 23, 2022, to file a response to the motion to dismiss (ECF No. 25).

DATED THIS 30th Day of March 2022.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE