UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRANDON GUEVARA-PONTIFES,<br><br>                             Petitioner,<br>    v.<br>RENEE BAKER, et al.,<br><br>                            Respondents. | Case No. 3:20-cv-00652-ART-CSD<br><br>ORDER |

     28 U.S.C. § 2254 habeas corpus petitioner Brandon Guevara-Pontifes seeks an extension of time to file his opposition to respondents' motion to dismiss (ECF No. 41). He indicates that respondents do not oppose. Good cause appearing,

     **IT IS ORDERED** that petitioner's second motion for extension of time to file an opposition to the motion to dismiss response to the petition (ECF No. 41) is **GRANTED**. The deadline to oppose is extended to July 22, 2022.

     DATED THIS 3rd day of June 2022.

                                                          ANNE R. TRAUM
                                                         UNITED STATES DISTRICT JUDGE