UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRANDON GUEVARA-PONTIFES,<br><br>　　　　　　　　　　Petitioner,<br>　v.<br>RENEE BAKER, *et al.*,<br><br>　　　　　　　　　　Respondents. | Case No. 3:20-cv-00652-ART-CSD<br><br>ORDER |

　　　　Respondents filed an unopposed request for a 14-day extension of time (ECF No. 46) to file their opposition to Petitioner's motion for stay and abeyance. (ECF No. 44.) The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

　　　　It is therefore ordered that Respondents' motion for extension of time to file an opposition to the motion for stay and abeyance (ECF No. 46) is granted. The deadline to file the opposition is August 19, 2022.

　　　　DATED THIS 11th day of August 2022.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　ANNE R. TRAUM
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE