1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Brandon Guevara-Pontifes,

        Petitioner,

   v.

Renee Baker, *et al.*,

        Respondents.

Case No. 3:20-cv-00652-ART-CSD

**ORDER APPROVING**

**Unopposed motion for extension of time to file opposition to motion to dismiss (Third Request)**

Petitioner Guevara-Pontifes filed a motion to stay. He now, by counsel, moves this Court for the entry of an order extending the time within which he must file an opposition to motion to dismiss until the motion to stay is decided. The State, by Deputy Attorney General Jaimie A. Stilz does not object to this request.

Guevara-Pontifes filed a first amended petition on October 8, 2021.[1] Respondents filed a motion to dismiss on March 7, 2022.[2] Undersigned counsel filed a notice of appearance on May 11, 2022.[3]

This is undersigned counsel's third request for an extension of time. This motion is not filed for the purposes of delay but in the interests of justice, as well as in the interests of Guevara-Pontifes.

As explained above, Guevara-Pontifes is simultaneously filing a motion to stay his case in federal court while he returns to state court and files a state petition. Guevara-Pontifes requests an extension of time to file an opposition to motion to dismiss until after the motion to stay is decided.

---

[1] ECF No. 18.
[2] ECF No. 25.
[3] ECF No. 40.

Dated July 22, 2022.

                    Respectfully submitted,

                    Rene L. Valladares
                    Federal Public Defender

                    */s/ Kimberly Sandberg*
                    Kimberly Sandberg
                    Assistant Federal Public Defender

IT IS SO ORDERED:

_____
Anne R. Traum
United States District Judge

Dated: _____August 16, 2022_____

3