UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRANDON GUEVARA-PONTIFES, | Case No. 3:20-cv-00652-ART-CSD |
| Petitioner, | ORDER |
| v. | |
| RENEE BAKER, et al., | |
| Respondents. | |

Petitioner Brandon Guevara-Pontifes initiated this federal habeas action on November 23, 2020. (ECF No. 1.) This Court appointed counsel for Guevara-Pontifes, and counsel filed a first-amended petition. (ECF Nos. 13, 18.) Respondents moved to dismiss the first-amended petition, and Guevara-Pontifes moved for a stay, explaining that he desired to return to state court to exhaust grounds 2(a) and 2(c). (ECF Nos. 25, 44.) On September 23, 2022, this Court denied the motion to dismiss without prejudice and granted the motion for stay, instructing Guevara-Pontifes to "return[ ] to federal court with a motion to reopen this action within 45 days of issuance of the remittitur by the Supreme Court of Nevada at the conclusion of the state court proceedings." (ECF No. 53 at 9.) Guevara-Pontifes now moves to reopen this case, explaining that the Nevada Supreme Court entered an order of affirmance on May 15, 2024, and the remittitur on June 10, 2024. (ECF No. 55.) The Court finds good cause exists to reopen this matter.

It is therefore ordered that the motion to reopen **(ECF No. 55) is granted**. The clerk shall reopen this matter and lift the stay.

It is further ordered that Respondents have 60 days from the date of this order to file their answer to the first-amended petition and/or seek other appropriate relief. The remainder of this Court's scheduling order (ECF No. 13)

1

1  remains in effect.

4       DATED THIS 2nd day of August 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

2