UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRANDON GUEVARA-PONTIFES, <br>                       Petitioner, <br>   v. <br> RENEE BAKER, <br>                       Respondents. | Case No. 3:20-cv-00652-ART-CSD <br><br> ORDER |

    Respondents have filed an unopposed motion for extension of time to file their response to the First-Amended Petition. (ECF No. 58.) This is Respondents' first request for an extension of this deadline. The Court finds good cause exists to grant the motion.

    It is therefore ordered that the unopposed motion for extension of time (ECF No. 58) is granted. Respondents have up to and including December 2, 2024, to file their response.

    Dated this 2nd day of October, 2024.

                                                    *[signature]*
                                            ANNE R. TRAUM
                                            UNITED STATES DISTRICT JUDGE