UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRANDON GUEVARA-PONTIFES, | Case No. 3:20-cv-00652-ART-CSD |
| Petitioner, | ORDER |
| v. | |
| RENEE BAKER, | |
| Respondents. | |

Respondents have filed an unopposed motion for extension of time to file their response to the First-Amended Petition. (ECF No. 61.) This is Respondents' second request for an extension of this deadline. The Court finds good cause exists to grant the motion.

It is therefore ordered that the unopposed motion for extension of time (ECF No. 61) is granted. Respondents have up to and including January 16, 2025, to file their response.

Dated this 25th day of November, 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1