UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRANDON GUEVARA-PONTIFES,<br>        Petitioner,<br> v.<br>RENEE BAKER,<br>        Respondents. | Case No. 3:20-cv-00652-ART-CSD<br><br>ORDER |

  Respondents have filed an unopposed motion for a 32-day extension of time to file their response to the First-Amended Petition. (ECF No. 68.) This is Respondents' first request for an extension of this deadline. The Court finds good cause exists to grant the motion.

  It is therefore ordered that the unopposed motion for extension of time (ECF No. 68) is granted. Respondents have up to and including April 21, 2025, to file their response.

  Dated this 17th day of March 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1