UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRANDON GUEVARA-PONTIFES, | Case No. 3:20-cv-00652-ART-CSD |
| Petitioner, | ORDER |
| v. | |
| RENEE BAKER, | |
| Respondents. | |

Petitioner Brandon Guevara-Pontifes has filed an unopposed motion for a 60-day extension of time to file his response to the motion to dismiss. (ECF No. 73.) This is Petitioner's second request for an extension of this deadline. The Court finds good cause exists to grant the motion.

It is therefore ordered that the unopposed motion for extension of time (ECF No. 73) is granted. Petitioner has up to and including September 5, 2025, to file his response.

Dated this 10th day of July 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1