UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRANDON GUEVARA-PONTIFES,<br><br>                             Petitioner,<br>     v.<br>RENEE BAKER,<br><br>                            Respondents. | Case No. 3:20-cv-00652-ART-CSD<br><br>ORDER |

      Respondents have filed an unopposed motion for a 47-day extension of time to file their reply to Petitioner Brandon Guevara-Pontifes's response to the motion to dismiss. (ECF No. 76.) This is Respondents' first request for an extension of this deadline. The Court finds good cause exists to grant the motion.

      It is therefore ordered that the unopposed motion for extension of time (ECF No. 76) is granted. Respondents have up to and including October 27, 2025, to file their reply.

      Dated this 12th day of September 2025.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1