UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

BRANDON GUEVARA-PONTIFES,

                           Petitioner,

        v.

RENEE BAKER,

                           Respondents.

Case No. 3:20-cv-00652-ART-CSD

ORDER

Respondents have filed an unopposed motion for a 7-day extension of time to file their answer to the remaining claims in Petitioner Brandon Guevara-Pontifes's amended petition. (ECF No. 82.) This is Respondents' second request for an extension of this deadline. The Court finds good cause exists to grant the motion.

It is therefore ordered that the unopposed motion for extension of time (ECF No. 82) is granted. Respondents have up to and including March 16, 2026, to file their answer.

Dated this 19th day of March 2026.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1