UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

BRANDON GUEVARA-PONTIFES,

Petitioner,

v.

RENEE BAKER,

Respondent.

Case No. 3:20-cv-00652-ART-CSD

ORDER

Petitioner Brandon Guevara-Pontifes has filed an unopposed motion for a 60-day extension of time to file his reply to Respondent's answer. (ECF No. 87.) This is Guevara-Pontifes's second request for an extension of this deadline. The Court finds good cause exists to grant the motion.

It is therefore ordered that the unopposed motion for extension of time (ECF No. 87) is granted. Guevara-Pontifes has up to and including August 14, 2026, to file his reply.

Dated this 26th day of June 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1